**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| RICHARD BUTLER and TIMOTHY KNOTTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRMONT FEDERAL CREDIT UNION.<br><br>Defendant. | **Civil Case No. 1:25-cv-00094-JPB** |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, AND FOR AUTHORIZATION OF CLASS NOTICE**

Plaintiffs Richard Butler and Timothy Knotts ("Plaintiffs") respectfully move this Court for an order: (1) granting preliminary approval of the proposed Class Action Settlement Agreement and Release ("Settlement" or "SA") between themselves and Defendant Fairmont Federal Credit Union ("FFCU" or "Defendant"); (2) conditionally certifying a class action for purposes of settlement; and (3) authorizing the dissemination of notice to the Settlement Class.[1] In support of their Motion, Plaintiffs state as follows:

1. This matter is a putative class action arising from a data incident that temporarily impacted FFCU's network on or about September 30, 2023, resulting in the potential accessibility of individuals' Private Information stored therein, including individuals' full name, date of birth, address, Social Security number, U.S. Alien registration number, passport number, driver's license or state ID number, military ID number, Tax ID number, non-U.S. national identification number,

[1] The capitalized terms used in Plaintiffs' Motion shall be construed according to their meaning as defined in the Settlement except as may otherwise be indicated.

financial account number, routing number, financial institution name, credit card/debit card number, security code/PIN number, credit card/debit card expiration date, IRS PIN number, full access credentials, security questions and answers, and digital signatures ("PII"), together with certain protected health information, including health insurance policy/subscriber number, treatment information/diagnosis, prescription information, provider name, MRN/patient ID, and Medicare/Medicaid number.

2. Plaintiffs seek Preliminary Approval of the proposed Class Action Settlement Agreement and Release, which is attached hereto as **Exhibit 1**.

3. Plaintiffs request the appointment of Gerald D. Wells, III of Lynch Carpenter, LLP and Troy Giatras and Matthew Stonestreet of The Giatras Law Firm as Class Counsel.

4. Plaintiffs additionally request the appointment of Richard Butler and Timothy Knotts as representatives of the Settlement Class.

5. Plaintiffs request approval of the proposed Settlement on the grounds that it falls within the range of reasonableness and that approval will secure a monetary recovery for a significant number of individuals while accounting for the continued risks of litigation.

6. Plaintiffs request approval of the Parties' proposed Notice Plan, which contemplates individual notice to each Settlement Class Member to the extent possible. The proposed Notice clearly informs Settlement Class Members of the terms of the Settlement; their rights to submit claims; opt out, or object to the Settlement, and the dates by which they must act. The Notice Program also provides for the creation of a Settlement Website and toll-free phone number providing Settlement Class Members with comprehensive information about the Settlement.

7. Plaintiffs request approval of Kroll, LLC as the Settlement Administrator to provide notice and administration services.

8. In further support of their Motion, Plaintiffs refer the Court to their concurrently filed Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that the Court: (1) preliminarily approve the proposed Settlement Agreement (2) certify the proposed Settlement Class for purposes of settlement only; and (3) approve the proposed Notice Plan and authorize notice to Settlement Class Members.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Michael W. Taylor*
**PENCE LAW FIRM PLLC**
Christopher D. Pence (WVSB # 9095)
Michael W. Taylor (WVSB # 11715)
10 Hale Street, 4th Floor
Charleston, WV 25329
T: (304) 345-7250
cpence@pencefirm.com
mtaylor@pencefirm.com

**LYNCH CARPENTER, LLP**
Gerald D. Wells, III (admitted *pro hac vice*)
Robert J. Gray (admitted *pro hac vice*)
1760 Market Street, Suite 600
Philadelphia, PA 19103
T: 267-609-6910
jerry@lcllp.com
rob@lcllp.com

**THE GIATRAS LAW FIRM, PLLC**
Matt Stonestreet, Esq. (WVSB#11398)
Troy N. Giatras, Esq. (WVSB#5602)
118 Capitol Street, Suite 400
Charleston, West Virginia 25301
(304) 343-2900 / (304) 343-2942
*facsimile*matt@thewvlawfirm.com
troy@thewvlawfirm.com

***Attorneys for Plaintiffs and the Proposed Class***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| RICHARD BUTLER and TIMOTHY KNOTTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRMONT FEDERAL CREDIT UNION.<br><br>Defendant. | **Civil Case No. 1:25-cv-00094-JPB** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, the foregoing notice was filed using the Court's electronic filing system, which will provide electronic service of same to all counsel of record.

*/s/ Michael W. Taylor*